Aug 4, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**15-20598-CR-GAYLES/TURNOFF**

CASE NO._____

18 U.S.C. § 371
42 U.S.C. § 408(a)(7)(B)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 641
18 U.S.C. § 510(a)(2)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

PAMELA YVETTE BALDWIN TRAVIS and
KATHERINE MARIE POLYDORE GONZALES,
a/k/a "V.E.R,"

   Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Steal Government Property or Money
### (18 U.S.C. § 371)

Beginning in on or around December 2014, the exact date being unknown to the Grand Jury, and continuing through on or about April 29, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PAMELA YVETTE BALDWIN TRAVIS and
KATHERINE MARIE POLYDORE GONZALES,
a/k/a "V.E.R.,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and persons unknown to the Grand Jury to commit an offense against the United States, that is, to knowingly receive, conceal, and retain, with the intent to convert to their own use and gain,

money and a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Treasury check, issued by the United States Internal Revenue Service to "V.R.," in the amount of $17,537.50, knowing such check to have been stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641.

## PURPOSE AND OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendants to unjustly enrich themselves by converting to their own use and gain the United States Treasury check issued by the United States Internal Revenue Service to "V.R.," in the amount of $17,537.50.

## OVERT ACTS

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in Miami-Dade County, in the Southern District of Florida, at least one of the following overt acts, among others:

1. On or about December 31, 2014, **PAMELA YVETTE BALDWIN TRAVIS** and **KATHERINE MARIE POLYDORE GONZALES**, a/k/a "V.E.R.," used the name and social security number of "V.E.R." to open a Wells Fargo Bank, N.A., joint checking account (XXXXXX5047) (hereinafter the "Wells Fargo Account"), at the Wells Fargo branch located at 5880 Bird Road, Miami, Florida 33155, in the names of "Pamela Baldwin" and "V.E.R."

2. **KATHERINE MARIE POLYDORE GONZALES**, a/k/a "V.E.R.," posed as "V.E.R." and claimed the social security number and name belonging to "V.E.R." as her own.

3. On or about December 31, 2014, **PAMELA YVETTE BALDWIN TRAVIS** and **KATHERINE MARIE POLYDORE GONZALES**, a/k/a "V.E.R.," each obtained debit cards for the Wells Fargo Account.

4. On or about January 5, 2015, **PAMELA YVETTE BALDWIN TRAVIS** deposited into the Wells Fargo Account a United States Treasury check issued to the name and address of "V.R.," in the amount of $17,537.50, and bearing the purported signature of "V.R." as the endorser on the back of the check.

5. On or about January 6, 2015, **PAMELA YVETTE BALDWIN TRAVIS** made a counter withdrawal of $3,000 from the Wells Fargo Account at the Wells Fargo branch located at 9301 NW 7th Avenue, Miami, Florida 33150, using the debit card issued to her and her Florida Driver License as identification.

6. On or about January 7, 2015, **PAMELA YVETTE BALDWIN TRAVIS** made a counter withdrawal of $2,100 from the Wells Fargo Account at the Wells Fargo branch located at 9301 NW 7th Avenue, Miami, Florida 33150, using the debit card issued to her and her Florida Driver License as identification.

7. On or about January 15, 2015, **PAMELA YVETTE BALDWIN TRAVIS** made a counter withdrawal of $5,000 from the Wells Fargo Account at the Wells Fargo branch located at 8390 NW 27th Avenue, Miami, Florida 33147, using the debit card issued to her and her Florida Driver License as identification.

8. On or about January 20, 2015, **KATHERINE MARIE POLYDORE GONZALEZ, a/k/a "V.E.R.,"** using her Florida Driver License as identification, cashed a check drawn from the Wells Fargo Account, issued to "Katherine Polydore," in the amount of $4,000.00, purportedly signed by "V.R.," and containing the word "car" in the Memo section of the check, at the Wells Fargo branch located at 8390 NW 27th Avenue, Miami, Florida 33147.

9. On or about January 22, 2015, **PAMELA YVETTE BALDWIN TRAVIS** made a counter withdrawal of $1,000 from the Wells Fargo Account at the Wells Fargo branch located

at 1752 Biscayne Boulevard, Miami, Florida 33132, using the debit card issued to her and her Florida Driver License as identification.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Falsely Representing a Social Security Number
### (42 U.S.C. § 408(a)(7)(B))

On or about December 31, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**PAMELA YVETTE BALDWIN TRAVIS and
KATHERINE MARIE POLYDORE GONZALES,
a/k/a "V.E.R.,"**

for the purpose of opening a Wells Fargo, N.A., checking account and with the intent to deceive, did knowingly and falsely represent a number, that is, a social security number assigned to "V.E.R.," to be the social security account number assigned by the Commissioner of Social Security to **KATHERINE MARIE POLYDORE GONZALES, a/k/a "V.E.R.,"** when in fact such number is not the social security number assigned by the Commissioner of Social Security to her, in violation of Title 42, United States Code, Section 408(a)(7)(B), and Title 18, United States Code, Section 2.

## COUNT 3
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about December 31, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**PAMELA YVETTE BALDWIN TRAVIS and
KATHERINE MARIE POLYDORE GONZALES,
a/k/a "V.E.R.,"**

during and in relation to a felony violation of Title 42, United States Code, Section 408(a)(7)(B),

4

that is, for the purpose of opening a Wells Fargo, N.A., checking account and with the intent to deceive, knowingly and falsely representing a number, that is, a social security number assigned to "V.E.R.," to be the social security number assigned by the Commissioner of Social Security to **KATHERINE MARIE POLYDORE GONZALES, a/k/a "V.E.R.,"** as charged in Count 2, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and social security number belonging to "V.E.R.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**COUNT 4**
**Theft of Public Money and Property**
**(18 U.S.C. § 641)**

On or about January 5, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PAMELA YVETTE BALDWIN TRAVIS and**
**KATHERINE MARIE POLYDORE GONZALES,**
**a/k/a "V.E.R.,"**

did knowingly receive, conceal, and retain, with intent to convert to their own use and gain, money and a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury check, issued to "V.R.," in the amount of $17,537.50, knowing such check to have been stolen, purloined, and converted, in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 5
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about January 5, 2015, in Miami-Dade County, in the Southern District of Florida, the defendants,

**PAMELA YVETTE BALDWIN TRAVIS and
KATHERINE MARIE POLYDORE GONZALES,
a/k/a "V.E.R.,"**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly receiving, concealing, and retaining, with intent to convert to their own use and gain, money and a thing of value of the United States and of a department and agency thereof, the aggregate value of which exceeded $1,000.00, that is, a United States Department of Treasury check, issued to "V.R.," in the amount of $17,537.50, knowing the Department of Treasury check to have been embezzled, stolen, purloined and converted, as charged in Count 4, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name of "V.R.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 6
### Fraudulent Endorsement of a Treasury Check
### (18 U.S.C. § 510(a)(2))

On or about January 5, 2015, in Miami-Dade County, in the Southern District of Florida, the defendants,

**PAMELA YVETTE BALDWIN TRAVIS and
KATHERINE MARIE POLYDORE GONZALES,
a/k/a "V.E.R.,"**

did knowingly and with the intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, a United States Department of Treasury check number 3589623573, issued to

"V.R.," in the amount of $17,537.50, bearing a falsely made and forged endorsement and signature, in violation of Title 18, United States Code, Sections 510(a)(2) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **PAMELA YVETTE BALDWIN TRAVIS** and **KATHERINE MARIE POLYDORE GONZALES, a/k/a, "V.E.R.,"** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 641, or a conspiracy to violate, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property, real and personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c).

3. Upon conviction of a violation of Title 18, United States Code, Section 510, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

JONATHAN K. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| Pamela Yvette Baldwin Travis and Katherine Marie Polydore Gonzales, a/k/a "V.E.R.," | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|
| X | Miami ____ Key West | Number of New Defendants | ____ |
| ____ | FTL ____ WPB ____ FTP | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect  _____

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days        X           Petty        ____
   II   6 to 10 days       ____        Minor        ____
   III  11 to 20 days      ____        Misdem.      ____
   IV   21 to 60 days      ____        Felony         X
   V    61 days and over   ____

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____  No  X

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____  No  X

                                              _____
                                              JONATHAN K. OSBORNE
                                              ASSISTANT UNITED STATES ATTORNEY
                                              FLORIDA BAR #0095693

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** PAMELA YVETTE BALDWIN TRAVIS

**Case No:** _____

Count #: 1

Conspiracy to Steal Government Property or Money

Title 18, United States Code, Section 371

**\*Max. Penalty:**  5 Years' Imprisonment

Count #: 2

Falsely Representing a Social Security Number

Title 42, United States Code, Section 408(7)(B)

**\*Max. Penalty:**  5 Years' Imprisonment

Counts #: 3 & 5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**  2 Years' Imprisonment Consecutive to Any Other Sentence

Count #: 4

Theft of Public Money and Property

Title 18, United States Code, Section 641

**\*Max. Penalty:**  10 Years' Imprisonment

Count #: 6

Fraudulent Endorsement of a Treasury Check

Title 18, United States Code, Section 510(a)(2)

**\*Max. Penalty:**       10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** KATHERINE MARIE POLYDORE GONZALES, a/k/a, "V.E.R."

**Case No:** _____

Count #: 1

Conspiracy to Steal Government Property or Money

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Falsely Representing a Social Security Number

Title 42, United States Code, Section 408(7)(B)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 3 & 5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment Consecutive to Any Other Sentence

Count #: 4

Theft of Public Money and Property

Title 18, United States Code, Section 641

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 6

Fraudulent Endorsement of a Treasury Check

Title 18, United States Code, Section 510(a)(2)

**\*Max. Penalty:**	10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**